**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Virgil Harmdierks,

              Plaintiff,

vs.

Life Insurance Company of North America,

              Defendant.

Civil No.  10-4376 (RHK/SER)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to the parties' Stipulation (Doc. No. 32), **IT IS ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE**, on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  May 2, 2011

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge